# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OLHA NOHA,                      )

                          )

        Plaintiff,              )

                          )

        v.                    )      Civil Action No. 1:25-cv-01917 (UNA)

                          )

DONALD TRUMP, et al.,        )

                          )

        Defendants.          )

## MEMORANDUM OPINION

Before the Court are Plaintiff's *pro se* Complaint ("Compl."), ECF No. 1, and her Application to Proceed *in forma pauperis* ("IFP"), ECF No. 2. Plaintiff's IFP Application is granted and, for the reasons explained below, this matter is dismissed without prejudice.

Plaintiff, a resident of Maryland, sues the President of the United States, the U.S. Secretary of Agriculture, and the Secretary of the Maryland Department of Human Services. *See* Compl. at 1–2. In addition to the Complaint itself, Plaintiff has filed a persistent influx of submissions in this matter, and in those submissions, she broadly cites to myriad legal authority, though, at root, she takes issue with a recent denial of Supplemental Nutrition Assistance Program ("SNAP") benefits by her local Maryland Department of Human Services Office ("Maryland DHS") based on her purported citizenship status, which has then affected her eligibility for other benefits, including Social Security. *See id*. at 6–14, 16; *see also* Compl. Exhibits ("Compl. Exs."), ECF No. 1-1, at 1, 3, 5, 11–24.

Although SNAP benefits fall under the United States Department of Agriculture's federal nutrition assistance program, *see* 7 C.F.R. § 271.1, SNAP "is administered by State governments;" therefore, Plaintiff "must file suit against the specific state agency that denied h[er] benefits," *Wagner v. U.S. Solicitor Gen.*, No. 22-cv-03688 2022 WL 17978832, at *1 (D.D.C. Dec. 23,

2022) (citing 7 C.F.R. § 271.4) (other citation omitted). Indeed, Plaintiff seems to acknowledge this principle, because she has sued Maryland's DHS Secretary. *See* Compl. at 2. Accordingly, to challenge a Maryland benefits determination, she must follow the appropriate procedures for administrative review, file an appeal with her local Maryland DHS, *see* Md. Code Regs. §§ 07.0l.04 *et seq.*, 07.03.17.51, 07.03.17.58, 28.02.01; Md. Code Ann., State Gov't §§ 10-2017 *et seq.*; 7 CFR § 273.15 *et seq.*, which it appears she may have attempted, *see* Compl. Exs. at 14, 16–19, and thereafter, jurisdiction for review is sounded in the Maryland state court system, not federal court, *see* Md. Code Ann., State Gov't § 10-222; Md. Rules 7-201 *et. seq.*

Accordingly, this Court lacks jurisdiction over this matter and it is dismissed without prejudice. *See* Fed. R. Civ. P. 12(h)(3). Plaintiff's remaining pending Motions, ECF Nos. 3, 4, 7, 8, 9, 13, 18, are all denied as moot. A separate Order accompanies this Memorandum Opinion.

Date: August 5, 2025

_____/s/_____
JIA M. COBB
United States District Judge